WHISTLEBLOWER
ADD DONALD J. TRUMP AS DEFENDANT

DISTRICT OF MONTANA
GREAT FALLS DIVISION

23-CV-052

Robert W. Johnson,
    Plaintiff,
v.
FACEBOOK, et al.,
    Defendants.

MOTION FOR DEFAULT JUDGEMENT, ETHICS AND GOVERNMENT ACT, SEIZURE OF CHATTELS AND PRO SE CORPORATION

I, Robert W. Johnson, requests and Orders the Courts to file a Default Judgement against all Defendants due to Ethics and Government Act, Pro Se Corporation and Election Fraud and Robert W. Johnson demands the Courts issue Seizure of Chattel ORDERS in Plaintiff favor. Robert W. Johnson reserves all

rights for appeals, prosecutions, RICO ACTS, judicial malpractice, exhaustion of administrative remedies and Ponzi Schemes probes due to ongoing Ethics And Government Act violations and 14TH Amendment Enactments. Robert W. Johnson reserves rights for objections to subpoena All Defendants for a Jury Trial.

09/01/2023

Robert W Johnson
Robert W Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Motion For Default Judgement, Ethics And Government Act, Seizure of Chattels and Pro Se Corporation on 09/01/2023 upon:

1. Court Clerk: U.S. Courthouse; PO Box 8537; MISSOULA, MT 59807.

2. Department of Justice: 950 Pennsylvania Ave.; NW; Washington, DC 20530.

09/01/2023

Robert W. Johnson