UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>FACEBOOK, META, RUDY GIULIANI, JOHN EASTMAN, MARK MEADOWS, KENNETH CHESEBRO, JEFFREY CLARK, JENNA ELLIS, RAY SMITH, ROBERT CHEELY, LATHAM CATHLEEN, SCOTT HALL, STEPHEN LEE, HARRISON FLOYD, TREVIAN KUTTI, SIDNEY POWELL, MISTY HAMPTON, MICHAEL ROMAN, DAVID SHAFER, SHAWN STILL, VLADIMIR PUTIN, TWITTER, AND META, LLC.,<br><br>            Defendant. | Case No. CV-23-52 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED: Pursuant to Order [6], judgment is entered according to Fed. R. Civ. P. 58.

Dated this 23rd day of January, 2024.

                          TYLER P. GILMAN, CLERK

                          By: /s/ M. Stewart
                          M. Stewart, Deputy Clerk